UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:23CR350 (2) |
| Plaintiff, | ) ) | JUDGE SOLOMON OLIVER JR. |
| vs. | ) ) | REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| ELIZABETH LORRAINE ROBINSON, | ) ) | |
| Defendant. | ) ) | MAGISTRATE JUDGE JENNIFER DOWDELL ARMSTRONG |

Pursuant to General Order 99-49, Judge Oliver referred this matter to me for the purpose of receiving, after consent, Defendant Elizabeth Lorraine Robinson's ("Defendant") guilty plea to Counts 1, 2, 3, 4, 6, 7, 10, 13, 14, 16, 17, 18, 21, 25, 26, 28, 29, 30, and 33 of the Superseding Indictment. The following, along with the transcript or other record of the proceedings, constitutes my Report and Recommendation concerning Defendant's guilty plea:

1. Defendant, accompanied by counsel, entered a plea of guilty under oath on February 28, 2025;

2. I examined Defendant as to her competency to participate in a plea proceeding and found her to be competent;

3. Defendant stated she was satisfied with the advice, competence, and efforts of his lawyer;

4. Defendant acknowledged understanding the nature of the charges contained in the Superseding Indictment, the maximum possible sentence, and all the terms of the plea agreement;

5. Defendant was advised of the following rights: to tender a plea of not guilty or stand upon such a plea previously entered; to trial; to representation by counsel, including appointed counsel, at all stages of the proceedings; to confront and cross-examine adverse witnesses; to present witnesses and to compel their presence; to compel production of exhibits or documents for trial on his behalf; and to waive the privilege against self-incrimination. Defendant acknowledged she understood that if a plea of guilty was accepted, all of these rights would be waived;

6. Defendant was advised that the government would have the right, in a prosecution for perjury, to use any statement she makes under oath;

7. The parties provided me with sufficient information about the charged offenses and Defendant's conduct to establish a factual basis for the plea;

        8.        I questioned the Defendant under oath and find that the Defendant's plea was offered knowingly, intelligently, and voluntarily.

In light of the foregoing and the record submitted herewith, I find that all requirements imposed by the United States Constitution and Fed. R. Crim. P. 11 have been satisfied. Accordingly, I recommended that the Court accept Defendant's guilty plea and enter a plea of guilty.

                                  *s/Jennifer Dowdell Armstrong*
                                    Jennifer Dowdell Armstrong
                                    United States Magistrate Judge

Date: February 28, 2025

*ANY OBJECTIONS* to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days after being served with a copy of this Report and Recommendation. Failure to file objections within the specified time may waive the right to appeal the District Court's order. *See, United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).