UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:23 CR 350-002 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | ORDER ACCEPTING PLEA |
| ELIZABETH LORRAINE ROBINSON, | ) ) | AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION |
| Defendant | ) ) | OFFICE |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jennifer D. Armstrong, regarding the change of plea hearing of Elizabeth Lorraine Robinson, which was referred to the Magistrate Judge with the consent of the parties.

On April 30, 2024 the government filed a 47 count Superseding Indictment, charging Defendant Robinson with, Conspiracy to Commit Wire Fraud and Bank Fraud, Wire Fraud, Bank Fraud, Theft of Government Funds and Conspiracy to Launder Monetary Instruments, in violation of Title 18 U.S.C. §§ 1349, 1343 and 2, 1344 and 2, 641 and 2, and 1956(a)(1)(B)(i). On May 2, 2024, Magistrate Judge Knapp held an arraignment, during which Ms. Robinson entered a plea of not guilty to the charges. On February 28, 2025 Magistrate Judge Armstrong received Defendant's plea of guilty to counts 1, 2, 3, 4, 6, 7, 10, 13, 14, 16, 17, 18, 21, 25, 26, 28, 29, 30, and 33 of the Superseding Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Robinson is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Elizabeth Lorraine Robinson is adjudged guilty to counts 1, 2, 3, 4, 6, 7, 10, 13, 14, 16, 17, 18, 21, 25, 26, 28, 29, 30, and 33 of the Superseding Indictment in violation of Title 18 U.S.C. §§ 1349, 1343 and 2, 1344 and 2, and 641 and 2. This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on June 23, 2025 at 2:30 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 14, 2025